UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

CSC HOLDINGS, INC.,

                Plaintiff,

-vs-

STEVE KOLIATSIS,

                Defendant.

-----------------------------------------------------------------

GARAUFIS, J.

<u>ORDER OF DISMISSAL
FOR FAILURE TO PROSECUTE</u>

<u>CV-05-299</u>   (NGG)

FILED
IN CLERK'S OFFICE
U.S. DIST. COURT. E.D.N.Y.
★ JUN 3 0 2005 ★

BROOKLYN OFFICE

It is hereby **ORDERED** that the captioned case is dismissed without prejudice, for failure to prosecute. No further proceedings have been commenced by any party since FEBRUARY 22, 2005 and no explanation for the lack of proceedings has been filed and approved by the Court.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

SO ORDERED.

/s/ N. Gar
NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
               June 30, 2005