UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CSC HOLDINGS, INC.,

                          Plaintiff,

  -against-

STEVE KOLIATSIS,

                         Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV-0299 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 06 2005 ★
BROOKLYN OFFICE

      An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 30, 2005, dismissing the case without prejudice for failure to prosecute; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered dismissing the case without prejudice for failure to prosecute.

Dated: Brooklyn, New York
       July 05, 2005

                                                  ROBERT C. HEINEMANN
                                                 Clerk of Court